# Third District Court of Appeal

## State of Florida

Opinion filed October 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0170
Lower Tribunal Nos. 19-22433 CC & 20-164 AP

_____

**Union Restoration, Inc. a/a/o Ella and Lloyd Fields,**
Appellant,

vs.

**Heritage Property & Casualty Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Natalie Moore, Judge.

Law Office of Asher Perlin, and Asher Perlin (Hollywood), for appellant.

Link & Rockenbach, PA, and Kara Rockenbach Link and Daniel M. Schwarz (West Palm Beach), for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Union Restoration, Inc. ("Union") a/a/o Ella and Lloyd Fields ("the insureds"), the plaintiff below, appeals a July 29, 2020 final order dismissing its amended complaint for lack of standing. Union is a contractor that performed repair services at the insureds' home after the home incurred water damage. Union's amended complaint alleged a breach of contract action against Heritage Property and Casualty Insurance Company, the defendant below, based on the insurer's alleged failure to pay policy benefits to Union. Finding no error in the trial court's determination that the assignment attached to the amended complaint is invalid because it was not signed by one of the insureds and the mortgagee, as required by the underlying property insurance policy, we affirm. See Restoration 1 of Port St. Lucie v. Ark Royal Ins. Co., 255 So. 3d 344, 348 (Fla. 4th DCA 2018) (holding that a provision of a property insurance policy requiring the consent of all insureds and the mortgagee before the insureds' rights may be assigned is enforceable); but see Sec. First Ins. Co. v. Fla. Office of Ins. Regulation, 232 So. 3d 1157 (Fla. 5th DCA 2017).

Affirmed.